BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JOYCE R. BRANDA
JULLIA CALLAHAN
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0291

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ROXY P. WARNER, <br><br> Plaintiffs, <br><br> vs. <br><br> PSYCHIATRIC SOLUTIONS, INC.; ARDENT HEALTH SERVICES, L.L.C.; BHC SIERRA VISTA HOSPITAL, dba SIERRA VISTA HOSPITAL, and DOES 1-100, <br><br> Defendants. | No. 2:08-cv-01886-MCE -KJM <br><br> ORDER <br><br><br> FILED UNDER SEAL |

    The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

    IT IS ORDERED that Relator's First Amended Complaint, the United States' Notice of Intervention and this Order, be unsealed;

    IT IS FURTHER ORDERED that all other previously filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants.

1      IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this
2 action after the date of this Order.

4  Dated: March 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE