1   BENJAMIN B. WAGNER
    United States Attorney
2   CATHERINE J. SWANN
    Assistant United States Attorney
3   501 I Street, 10th Floor
    Sacramento, California 95814
4   Telephone: (916) 554-2762
    Fax: (916) 554-2900
5
    JOYCE R. BRANDA
6   JULLIA CALLAHAN
    Department of Justice
7   Civil Division
    Commercial Litigation Branch
8   P. O. Box 261
    Benjamin Franklin Station
9   Washington, D.C.  20044
    Telephone: (202) 616-0291
10
    Attorneys for the United States of America
11

12                  UNITED STATES DISTRICT COURT FOR THE
13                    EASTERN DISTRICT OF CALIFORNIA
14

15   UNITED STATES OF AMERICA ex rel.  )      2:08 - CV - 1886 MCE CMK
     ROXY P. WARNER,                   )
16                                     )
               Plaintiffs,             )
17                                     )      STIPULATION OF DISMISSAL
        vs.                            )
18                                     )
     PSYCHIATRIC SOLUTIONS, INC.;      )
19   ARDENT HEALTH SERVICES, L.L.C.;   )
     BHC SIERRA VISTA HOSPITAL, dba    )
20   SIERRA VISTA HOSPITAL, and DOES   )
     1-100,                            )
21                                     )
               Defendants.             )
22   ──────────────────────────────────)

23          The United States of America and Relator, Roxy P. Warner, by and through their

24   undersigned attorneys, file this Stipulation of Dismissal of the First Amended Complaint,

25   pursuant to Fed. R. Civ. P. 41(a)(1), in accordance with the terms set forth below.

26          The United States,  Relator, and Defendants, have entered into a Settlement Agreement

27   effective April 23, 2012, compromising the claims and causes of action set forth in Relator's First

28   Amended Complaint.  Moreover, the United States and Relator have settled any and all claims

1  and causes of action that Relator may have against the United States for a share of the recovery

2  from Defendants under the Settlement Agreement.  Also, the Settlement Agreement settles any

3  and all claims and causes of action that Relator may have against Defendants under 31 U.S.C. §

4  3730(d)(1) for expenses, attorney fees and costs related to Relator's First Amended Complaint,

5  and under 31 U.S.C. §3730(h) for retaliation.

6          Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1) and the terms and conditions of the

7  Settlement Agreement, the United States and Relator hereby stipulate to dismissal of the First

8  Amended Complaint.  The dismissal shall be with prejudice to the Relator.  With respect to the

9  United States, the dismissal shall be with prejudice to the extent of the Covered Conduct, as that

10  term is defined in the Settlement Agreement, and otherwise without prejudice to the United

11  States.

12          A stipulated dismissal under Fed. R. Civ. P. 41(a) (1) is appropriate because the First

13  Amended Complaint has not been served upon Defendants, and Defendants, therefore, have not

14  filed answers to the First Amended Complaint.

15          A proposed order accompanies this notice.

16

17  DATED: _4/30/_ , 2012

18                                                   BENJAMIN B. WAGNER
                                                     United States Attorney
19                                                   Eastern District of California

20  By: _____

21  CATHERINE J. SWANN
    Assistant United States Attorney
    Counsel for the United States
22

23  DATED: _4/30/12_ , 2012                  HIROSHIMA, JACOBS, ROTH, and LEWIS

24

25

26  By: _____

27  RAY LEWIS
    Counsel for Relator Roxy Warner

28

- 2 -