1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2762
   Fax: (916) 554-2900
5
   JOYCE R. BRANDA
6  JULLIA CALLAHAN
   Department of Justice
7  Civil Division
   Commercial Litigation Branch
8  P. O. Box 261
   Benjamin Franklin Station
9  Washington, D.C.  20044
   Telephone: (202) 616-0291
10
   Attorneys for the United States of America
11

12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16  UNITED STATES OF AMERICA ex rel.   )   No. 2:08 - CV - 1886 MCE CMK
    ROXY P. WARNER,                    )
17                                     )
              Plaintiffs,              )
18                                     )   ORDER OF DISMISSAL
        vs.                            )
19                                     )
    PSYCHIATRIC SOLUTIONS, INC.;       )
20  ARDENT HEALTH SERVICES, L.L.C.;    )
    BHC SIERRA VISTA HOSPITAL, dba     )
21  SIERRA VISTA HOSPITAL, and DOES    )
    1-100,                             )
22                                     )
              Defendants.              )
23  _____ )

24

25       Upon consideration of the Stipulation of Dismissal of Relator's First Amended

26  Complaint, filed by the United States and Relator, it is hereby

27  ///

28  ///

peg

1    ORDERED that the First Amended Complaint is dismissed.  Pursuant to and consistent

2  with the terms of the Settlement Agreement between the United States, Relator, and Defendants,

3  effective April 23, 2012 (hereinafter "Settlement Agreement"), the dismissal shall be with

4  prejudice as to the Relator; with prejudice to the United States to the extent of the Covered

5  Conduct, as that term is defined in the Settlement Agreement, and otherwise without prejudice to

6  the United States.  This case having now been resolved, the Clerk of Court is hereby directed to

7  close the file.

8    IT IS SO ORDERED.

9
 Dated:  May 2, 2012

10

11    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28